**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00521-FDW-DCK**

| | |
|---|---|
| **FREDERICK HUGHES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **GLAXOSMITHKLINE, LLC f/k/a** | ) |
| **SMITHKLINE BEECHAM** | ) |
| **CORPORATION d/b/a** | ) |
| **GLAXOSMITHKLINE,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's "Notice to the Court" (Doc. No. 7), stating Plaintiff voluntarily dismissed its complaint filed in State court prior to Defendant's removal federal court of the above case. Plaintiff's counsel, after conferring with Defendant's counsel, gives notice that there is no complaint pending before this Court (Doc. No. 7).

The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Signed: February 16, 2016

Frank D. Whitney
Chief United States District Judge